# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ELIZABETH ADKISON,

      Plaintiff,

      vs.                                                        Civil Action No. 1:10-cv-85

THE PROCTER & GAMBLE CO.,                                  Judge Timothy S. Black

      Defendant.

---

## CONDITIONAL ORDER OF DISMISSAL

---

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: _1/20/12_

_Timothy S. Black_
Timothy S. Black
United States District Judge